IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen            Date:  May 9, 2014
Court Reporter:    Gwen Daniel               Probation: Laura Ansart

_____

Criminal Action No. 13-cr-00159-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Susan Knox

     Plaintiff,

v.

6. CRYSTAL BUTLER,                           Mark Rubinstein

     Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:00 p.m.     Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Sentencing Statement by Ms. Knox

Sentencing Statement by Mr. Rubinstein

Court's comments

1

**ORDERED:** The Government's Motion Regarding Acceptance of Responsibility [820] is DENIED as being inapplicable to this defendant under these circumstances.

**ORDERED:** There being no objection to the Government's Motion to Dismiss Indictment as to Defendant Crystal Butler [821], the motion is GRANTED.  The indictment, as to Defendant No. 6. Crystal Butler only, is DISMISSED.

**ORDERED:** The Government's §5K1.1 Motion for Downward Departure Based on Substantial Assistance [822] is GRANTED.

The Court addresses the Defendant's Unopposed Motion for Variance [850]

Mr. Rubinstein's comments

Court's comments

**ORDERED:  Defendant's Unopposed Motion for Variance [850] is DENIED.**

Defendant's Allocution

> Defendant plead guilty to a single-count Information, and admitted to the forfeiture allegation in the Information on January 23, 2014.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Crystal Butler, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of TIME SERVED.

**ORDERED:** Defendant is placed on supervised release for a term of one year from the date of the Judgment of this Court.

While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.

The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.

                      **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:   Special Conditions of Supervised Release:**

        **1.**   **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

        **2.**   **The defendant shall perform 100 hours of community service as directed by the probation officer.**

**ORDERED:   The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and the defendant's admission to the Forfeiture Allegation in the Information, the defendant shall forfeit to the United States any and all property, real or personal, derived from the proceeds from the instant offense and as stipulated to in the Plea Agreement.

**ORDERED:   Defendant's bond is EXONERATED.**

02:25 p.m.     Court in Recess
                Hearing concluded
                Time: 25 minutes