IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No.   13-cr-00159-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6. CRYSTAL BUTLER,

    Defendant.

## ORDER

    PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

    ORDERED that Defendant Crystal Butler is sentenced to TIME SERVED.

    Dated at Denver, Colorado, this __9th__ day of May 2014.

BY THE COURT:

_____
Judge William J. Martínez
United States District Judge