**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 13-cr-00159-WJM-6

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**6.    CRYSTAL BUTLER,**

    Defendant.

---

**ORDER CLARIFYING JUDGMENT**

---

This matter is before the Court on information received by the Court from Counsel indicating that the Bureau of Prisons has misinterpreted the Judgment in this matter. The Court hereby CLARIFIES it's Judgment.

On March 5, 2015 Defendant Crystal Butler was sentenced for violations of Supervised Release. It was this Court's intention that Ms. Butler be sentenced to three months of imprisonment in the Bureau of Prisons. Ms. Butler has completed that portion of the sentence - time considered served as she was arrested on the alleged Supervised Release Violations on January 6, 2015 (ECF No. 1188). As a condition of the Supervised release term to follow her sentence of imprisonment, she is to serve between two and eight months in a community corrections setting (*i.e.* Independence House. It is hereby ORDERED that an AMENDED JUDGMENT shall be entered accordingly.

Dated this 7th day of April, 2015.

BY THE COURT:

_____
William J. Martinez
United States District Judge